of Criminal Appeals is affirmed. [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 12–0030/AR. U.S. v. Michael C. Behenna. CCA 20090234. On consideration of the motion filed by the National Institute of Military Justice for leave to file as Amicus Curiae, and for leave to permit law student participation, it is ordered that said motion is hereby granted.

